IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.31.45.52

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/05/2018 04:48:32 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 01/05/2018 04:35:21 | 8E8C511ECF850102118CD5F35F8FC76EE9B3C6D1 | Blonde Ambition |
| 01/05/2018 04:29:54 | 5F524DF15759705BDA6D385631FD6ACDE6D080CD | The Tightest Blonde |
| 01/04/2018 23:28:06 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 01/04/2018 23:27:53 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 01/03/2018 21:19:11 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | HOT Coffee |
| 01/03/2018 21:01:55 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 01/03/2018 20:55:35 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 12/29/2017 04:13:08 | 9ACCD9F498769C3E61D1934C9237406ACF9D11DE | The Call Girl |
| 12/10/2017 23:01:50 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 12/10/2017 03:53:37 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |
| 12/10/2017 03:45:01 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 12/10/2017 03:44:49 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 11/03/2017 21:03:11 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

STX121