United States District Court
Southern District of Texas
**ENTERED**
October 09, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1043 |
| | § | |
| GARY MONTRY, | § | |
|     Defendant. | § | |

## ORDER

Pursuant to the parties' Stipulation of Dismissal [Doc. # 23], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

SIGNED at Houston, Texas, this **9th** day of **October, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2018\1043DO.wpd   181009.1033